# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

Plaintiff(s),

v.

NIKOLAI S. BATTOO, BC CAPITAL
GROUP S.A. (PANAMA), BC CAPITAL
GROUP LIMITED (HONG KONG), and
TRACY LEE SUNDERLAGE,

Defendant(s).

Case No. 12 C 7125
Judge Edmond E. Chang

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment entered in favor of United States Securities & Exchange Commission and against Defendants Nikolai S. Battoo, BC Capital Group S.A. (Panama), and BC Capital Group Limited (Hong Kong), in the amount of $290,129,196.86 in disgorgement and prejudgment interest and in the additional amount of $68,000,000 as a civil penalty, liability to be joint and several.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Edmond E. Chang on a motion default judgment.

Date: 9/30/2014  Thomas G. Bruton, Clerk of Court

\s\Sandra Brooks , Deputy Clerk